UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDA ESSMAKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., JOHN DOE ENTITIES I–V,<br><br>Defendants. | Case No. 1:18-cv-496-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation and Joint Motion to Reconsider Order (docket no. 62) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Memorandum Decision and Order (docket no. 52) imposing sanctions on defense counsel, and the Memorandum Decision and Order (docket no. 61) refusing to lift those sanctions, are VACATED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the stipulation for dismissal (docket no. 63) is APPROVED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the two pending motions for summary judgment (docket nos. 45 & 51) are DENIED because the case has been settled.

**Memorandum Decision & Order - 1**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk shall close this case.

DATED: March 3, 2020

B. Lynn Winmill
U.S. District Court Judge

**Memorandum Decision & Order - 2**